# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                               4:18-CR-00357-11-JM

BRIDGETTE WILLIAMS

### ORDER

For the reasons set out below, Defendant's Motion for Compassionate Release Under 18 U.S.C. § 3621(b)(4) (Doc. No. 498) is DENIED.

On August 30, 2020, Defendant pled guilty to use of a phone during a drug trafficking crime. Her charge of conspiracy to distribute and possess with intent to distribute charges was dismissed.[1] On April 14, 2021, she was sentenced to 36 months in prison.[2] She reported to prison on June 30, 2021, and now, two months later, she wants to be released because of COVID-19.

First, the statute cited by Defendant does not provide the relief she seeks. Second, in the plea agreement, Defendant waived her right for relief under 18 U.S.C. § 3582 – the statute which does provide the requested relief. Third, even if she hadn't waived her right under § 3582, she has provided no "extraordinary and compelling" reasons to warrant relief. Fourth, the relief is not warranted after consideration of the § 3553(a) factors.

IT IS SO ORDERED, this 30th day of August, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 319, 320.

[2] Doc. No. 427